# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Bonnie Green, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-3135-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On Wednesday, June 26, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed October 1, 2012, [Doc. 8] and the *Brief For Defendant*, filed December 31, 2012, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the June 26, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                 */s/ John T. Maughmer*
                 **JOHN T. MAUGHMER**
                 **U. S. MAGISTRATE JUDGE**